# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2023-0740**
William Howard Wesson v. State of Alabama (Appeal from Lauderdale Circuit
Court: CC-17-312.61)

## <u>NOTICE</u>

You are hereby notified that on September 6, 2024, the following action was
taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk